IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ROBERT L. DENT,**

    *Plaintiff*,

v.                                                                  Case No.: 4:21cv355-MW/MJF

**CLIFTON LAKE, et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 24. Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation, ECF No. 24, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice** for failure to prosecute and failure to comply

---

[1] Not only has Plaintiff failed to prosecute and comply with orders of this Court, but also, he has also failed to keep this Court apprised of his updated mailing address, which is his responsibility when proceeding as a litigant before this Court. *See* ECF No. 25.

with court orders." The Clerk shall close the file.

**SO ORDERED on July 5, 2022.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**